UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE VLADIMIR GAYTAN-VENEGAS,

    Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondents.

CASE NO. C14-0984-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. The amended petition and this action are DISMISSED, without prejudice, for failure to prosecute; and

\\

\\

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to petitioner and to Judge Theiler.

DATED this 9th day of Nov., 2014.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2